UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. MCDERMOTT,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>U.S. POSTAL SERVICE, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C19-0869JLR<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Before the court is Plaintiff Lance P. McDermott's motion for reconsideration regarding the court's order of dismissal. (Mot. (Dkt. # 5); 6/14/19 Order (Dkt. # 3).) Having considered the motion, the relevant portions of the record, and the applicable law, the court DENIES the motion.

Pursuant to the Local Civil Rules, "[m]otions for reconsideration are disfavored," and the court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rules W.D. Wash.

ORDER - 1

LCR 7(h)(1). Mr. McDermott makes no showing of manifest error in the prior ruling, new facts, or new legal authority. (*See generally* Mot.); *cf.* Local Rules W.D. Wash. LCR 7(h). The court therefore DENIES his motion for reconsideration. (Dkt. # 5.)

Dated this 16th day of July, 2019.

JAMES L. ROBART
United States District Judge