|   |                                                                      |                      |
|---|----------------------------------------------------------------------|----------------------|
| 1 |                                                                      |                      |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LANCE P. MCDERMOTT, | CASE NO. C19-0869JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| U.S. POSTAL SERVICE, et al., | |
| Defendants. | |

Plaintiff Lance P. McDermott is subject to a pre-filing order dated June 17, 2016, entered by the Honorable John C. Coughenour in *Lance P. McDermott v. U.S. Postal Service*, No. C16-0377JCC (W.D. Wash.). *See id.* at Dkt. # 31. In the pending matter, the court dismissed Mr. McDermott's case with prejudice on June 14, 2019. (6/14/19 Order (Dkt. # 3); *see also* Judgment (Dkt. # 4).)

On July 22, 2019, Mr. McDermott filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60 (*see* MFR (Dkt. # 7)) and a motion for

//

consolidation (MFC (Dkt. # 9)).  The motions are filed in a closed and dismissed with prejudice case and lack any legal merit.

As such, the court STRIKES the motions (Dkt. ## 7, 9) as moot.

Dated this 1st day of August, 2019.

JAMES L. ROBART
United States District Judge